# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**FRANK SKINNER**  **PLAINTIFF**
Reg #23455-076

**V.**          Case No. 2:20-cv-00209-LPR

**UNITED STATES OF AMERICA,** *et al.*          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for failure to exhaust administrative remedies. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE